

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00497-CR

The **STATE** of Texas,
Appellant

v.

Hugo **MARQUEZ**,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 600721
Honorable Rosie S. Gonzalez, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed: December 22, 2021

MOTION TO DISMISS GRANTED, DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH